No. 10263. Application of FRANK GONZALEZ, a Child under the Age of Eighteen Years, for a Writ of Habeas Corpus.
Decided June 1, 1961.

361 P.2d 963.

PER CURIAM.

This is an original proceeding brought by Lucy Gonzalez on behalf of her minor son for a writ of habeas corpus.

Upon the showing here made the application for the writ is denied and the proceeding ordered dismissed without prejudice.